United States Bankruptcy Court
Middle District of Florida

In re:  
Gary Jerome Howell  
    Debtor

Case No. 11-01057-JAF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-3    User: rginger    Page 1 of 1    Date Rcvd: Jun 22, 2011  
                       Form ID: B18    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2011.
```
db           +Gary Jerome Howell, Sr.,   9105 Caroline Ridge Lane N,   Jacksonville, FL 32225-9312
19896863      AAFES,   Headquarters Army & Air Forc,   Dallas, TX 75266-0202
19896866     +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
19896868      Caroline Ridge Owners Assn,   P.O. Box 1987,   Yulee, FL 32041-1987
19896860     +Duval County Tax Collector,   231 Forsyth St. #130,   Jacksonville FL 32202-3380
19896869     +I C System Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
19896870     +National Credit Adjust,   Po Box 3023,   Hutchinson, KS 67504-3023
19896871     +Nco Fin /99,   Pob 15636,   Wilmington, DE 19850-5636
19896872     +Santander Consumer Usa,   8585 N Stemmons Fwy,   Ste 1100-N,   Dallas, TX 75247-3822
19896873     +The Bureaus Inc,   1717 Central St,   Evanston, IL 60201-1590
19896875     +Zale/cbsd,   Attn.: Centralized Bankruptcy,   Po Box 20363,   Kansas City, MO 64195-0363
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19896864     +EDI: AFNIRECOVERY.COM Jun 22 2011 22:48:00     Afni, Inc.,   Attn: DP Recovery Support,
              Po Box 3427,   Bloomington, IL 61702-3427
19896865     +EDI: ACCE.COM Jun 22 2011 22:48:00     Asset Acceptance,   Po Box 2036,   Warren, MI 48090-2036
19896867     +EDI: CAPITALONE.COM Jun 22 2011 22:48:00     Capital One Bank,   4851 Cox Road,
              Glen Allen, VA 23060-6293
19896861      EDI: FLDEPREV.COM Jun 22 2011 22:48:00     Florida Dept. of Revenue,   Bankruptcy Unit,
              P.O. Box 6668,   Tallahassee, FL 32314-6668
19896862     +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Jun 22 2011 23:37:51     United States Trustee,
              135 W Central Blvd, Suite 620,   Orlando, FL 32801-2440
19896874     +EDI: WFFC.COM Jun 22 2011 22:48:00     Wf Fin Bank,   Wells Fargo Financial,   4137 121st St,
              Urbendale, IA 50323-2310
                                                                                               TOTAL: 6
```

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2011**                                        **Signature:** _/s/ Joseph Speetjens_

Form B18 (Official Form 18)(12/07)

# United States Bankruptcy Court

Middle District of Florida

Case No.  3:11−bk−01057−JAF

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gary Jerome Howell Sr.
   9105 Caroline Ridge Lane N
   Jacksonville, FL 32225

Social Security No.:
   xxx−xx−0909

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                              BY THE COURT

Dated: June 22, 2011          Jerry A. Funk
                              United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7 , the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**